# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DIANA RYAN,**

    Plaintiff,

                                 **CASE NO. 3:11-CV-191**

**-vs-**

                                 **Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ] Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X] Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and is **REVERSED**; that this matter is **REMANDED** to the ALJ under the fourth sentence of 42 U.S.C. § 405(g); and that the case is **TERMINATED** from the docket of the Court.

Date: April 4, 2012                          **JAMES BONINI, CLERK**

                                                                    By: *s/ M. Rogers*
                                                                      Deputy Clerk